IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA HAWKINS                                                                      PLAINTIFF

v.                              No. 3:15-cv-210-DPM

BAPTIST MEMORIAL HOSPITAL-JONESBORO
INC.; BRAD PARSON; and
JAMES KELLER                                                                       DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2017